MICHAEL LEHNERS, ESQ.
429 Marsh Ave.
Reno, Nevada 89509
Nevada Bar Number 003331
(775) 786-1695

Attorney for Secured Creditor
Donald Ellis

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

oOo

IN RE

ROBYN ROTH,

        Debtor(s).
_____/

BK-N- 08-51107
CHAPTER 12
Hearing Date: 9/9/08
and Time: 2:00 p.m.
Mtn No. _____
Est Time: 5 Minutes

**OBJECTION TO CHAPTER 12 PLAN**

COMES NOW Secured Creditor above named by and through undersigned counsel and files the following objection to the Debtor's Chapter 12 Plan.

The Plan cannot be confirmed because the Debtor does not qualify for relief under Chapter 12. 11 U.S.C. §101(18) defines the term "family farmer" as:

    A) individual or individual and spouse <u>engaged in a farming operation</u> whose aggregate debts do not exceed $3,544,525 and not less than 50 percent of whose aggregate noncontingent, liquidated debts (excluding a debt for the principal residence of such individual or such individual and spouse unless such debt arises out of a farming operation), on the date the case is filed, arise out of a farming operation owned or operated by such individual or such individual and spouse, and such individual or such individual and spouse receive from such farming operation more than 50 percent of such individual's or such individual and spouse's gross income for--

1

(i) the taxable year preceding; or

(ii) each of the 2d and 3d taxable years preceding the taxable year in which the case concerning such individual or such individual and spouse was filed; or

(B) corporation or partnership in which more than 50 percent of the outstanding stock or equity is held by one family, or by one family and the relatives of the members of such family, and such family or such relatives conduct the farming operation, and

(i) more than 80 percent of the value of its assets consists of assets related to the farming operation;

(ii) its aggregate debts do not exceed $3,544,525 and not less than 50 percent of its aggregate noncontingent, liquidated debts (excluding a debt for one dwelling which is owned by such corporation or partnership and which a shareholder or partner maintains as a principal residence, unless such debt arises out of a farming operation), on the date the case is filed, arise out of the farming operation owned or operated by such corporation or such partnership; and

(iii) if such corporation issues stock, such stock is not publicly traded.

Emphasis supplied

The term "farming operation" is also defined in the Bankruptcy Code. Pursuant to 11 U.S.C. §101(21) provides:

The term "farming operation" includes farming, tillage of the soil, dairy farming, ranching, production or raising of crops, poultry, or livestock, and production of poultry or livestock products in an unmanufactured state.

In the case at bar, the Debtor does nothing of the sort. She boards dogs. She does not ranch, she does not sell livestock, she does not raise crops. The proof is on her Internet advertisement.

The Debtor maintains a website at http://www.honeybearskennels.com. A copy of the Debtor's website is attached hereto as Exhibit "A". Since the website contains different links, the pages are not numbered. For that reason, the exhibit has been

batestamped. There is a picture of the land at batestamp 008. It is raw desert. There is nothing growing on it but sagebrush.

The website is specific. Honey Bear's Country Kennels cares for your pet's well being. It contains pictures of cages, wash basins and other pet care items. While §101(21) does include the raising of poultry or livestock, it says nothing about the care and feeding of people's pets.

Another reason confirmation should be denied is that there has been no opportunity to examine the Debtor regarding her income and debts. More than 50 percent of her income for the preceding tax year or each of the second and third taxable years preceding the bankruptcy filing must be based on a farming operation. If the Debtor is claiming Honey Bears Country Kennels, Inc. renders her eligible, then she must prove that corporation owes the debts and that at least 50 percent of the debt is attributable to a farming operation.

For those reasons, the Court should deny confirmation of this plan.

Dated: This __19__ day of __August__, 2008

By: _____
Michael Lehners, Esq.
429 Marsh Ave.
Reno, Nevada 89509
Nevada Bar Number 003331

# EXHIBIT "A"



# Honey Bears Country Kennels and Farms

## Honey Bear's Country Kennels cares for you and your pet's well being

Honey Bear

- Home
- Our Facility
- Services
- Links
- Contact Us



**Driving**

## Directions:

- From Reno, take US-395 N.
- Exit # 74  Lemmon Dr.
- Bear right onto Lemmon Dr.
- Go 4.8 miles on Lemmon Dr.
- Turn right onto Waterash St.
- Turn right onto Tupelo Dr.
- Turn left onto Matterhorn Blvd.
- Approximately 3 miles up on the Left.

Please contact contact us by phone for reservations and rates

Telephone
  1-800-713-7177
FAX
  1-775-970-5183 (Be sure to dial 1-775 from the Reno-Sparks area)
**Postal address**
  3510 Matterhorn Blvd.
  Reno, Nevada 89506

9 8 7 2

Send mail to john@themummes.com with questions or comments about this web site.
Last modified: 06/18/08

http://www.honeybearskennels.com/

001

8/7/2008



## Services

# Honey Bear's Country Kennels cares for you and your pet's well being

**Honey Bear**

- Home
- Our Facility
- Services
- Links
- Contact Us

**Offering boarding for our K-9 friends**

**and deluxe cat condos for our feline friends.**

**Large in/out door runs ( 6'W X 16'L )**

**Large outside play areas**

**Walking trails**

**Specialized Meal Service**

**Bathing & brushing service**

**Climate controlled environment**



9 8 7 3

Send mail to john@themummes.com with questions or comments about this web site.
Last modified: 06/18/08

003



# Our Facility

## Honey Bear's Country Kennels cares for you and your pet's well being

**Honey Bear**

- Home
- Our Facility
- Services
- Links
- Contact Us

Click the Thumbnail (pictures) below to see a larger image

    



9 8 7 4

Send mail to john@themummes.com with questions or comments about this web site.
Last modified: 06/18/08

004

http://www.honeybearskennels.com/our_facility.htm

8/7/2008



## Our Facility

# Honey Bear's Country Kennels cares for you and your pet's well being

Honey Bear

- Home
- Our Facility
- Services
- Links
- Contact Us

Click the Thumbnail (pictures) below to see a larger image

   



9874

Send mail to john@themummes.com with questions or comments about this web site.
Last modified: 06/18/08

005



## Our Facility

Honey Bear's Country Kennels cares for you and your pet's well being

Honey Bear

- Home
- Our Facility
- Services
- Links
- Contact Us

Click the Thumbnail (pictures) below to see a larger image

    



9 8 7 4

Send mail to john@themummes.com with questions or comments about this web site.
Last modified: 06/18/08

http://www.honeybearskennels.com/our_facility.htm

8/7/2008

006



## Our Facility

# Honey Bear's Country Kennels cares for you and your pet's well being

**Honey Bear**

- Home
- Our Facility
- Services
- Links
- Contact Us

Click the Thumbnail (pictures) below to see a larger image

    



9874

Send mail to john@themummes.com with questions or comments about this web site.
Last modified: 06/18/08

007

http://www.honeybearskennels.com/our_facility.htm

8/7/2008



# Honey Bear

- Home
- Our Facility
- Services
- Links
- Contact Us

## Honey Bear's Country Kennels cares for you and your pet's well being

Click the Thumbnail (pictures) below to see a larger image

    



9 8 7 4

Send mail to john@themummes.com with questions or comments about this web site.
Last modified: 06/18/08

008

http://www.honeybearskennels.com/our_facility.htm                    8/7/2008



# Our Facility

## Honey Bear's Country Kennels cares for you and your pet's well being

**Honey Bear**

- Home
- Our Facility
- Services
- Links
- Contact Us

Click the Thumbnail (pictures) below to see a larger image

   

◀ ▶



9 8 7 4

Send mail to john@themummes.com with questions or comments about this web site.
Last modified: 06/18/08

009



## Our Facility

### Honey Bear's Country Kennels cares for you and your pet's well being

**Honey Bear**

- Home
- Our Facility
- Services
- Links
- Contact Us

Click the Thumbnail (pictures) below to see a larger image

   



9 8 7 4

Send mail to john@themummes.com with questions or comments about this web site.
Last modified: 06/18/08

010

http://www.honeybearskennels.com/our_facility.htm                    8/7/2008



# Our Facility

## Honey Bear's Country Kennels cares for you and your pet's well being

**Honey Bear**

- Home
- Our Facility
- Services
- Links
- Contact Us

Click the Thumbnail (pictures) below to see a larger image

   



9874

Send mail to john@themummes.com with questions or comments about this web site.
Last modified: 06/18/08

011

http://www.honeybearskennels.com/our_facility.htm

8/7/2008



Our Facility

Honey Bear's Country Kennels cares for you and your pet's well being

Honey Bear

- Home
- Our Facility
- Services
- Links
- Contact Us

Click the Thumbnail (pictures) below to see a larger image

◄    ▶



Animal Rehabilitation of Reno/Tahoe Phase II

9 8 7 4

Send mail to john@themummes.com with questions or comments about this web site.
Last modified: 06/18/08

http://www.honeybearskennels.com/our_facility.htm

OIL

8/7/2008



## Our Facility

Honey Bear

Honey Bear's Country Kennels cares for you and your pet's well being

- Home
- Our Facility
- Services
- Links
- Contact Us

Click the Thumbnail (pictures) below to see a larger image

   



9 8 7 4

Endless Pool

Send mail to john@themummes.com with questions or comments about this web site.
Last modified: 06/18/08

http://www.honeybearskennels.com/our_facility.htm

013

8/7/2008



# Our Facility

Honey Bear's Country Kennels cares for you and your pet's well being

Honey Bear

- Home
- Our Facility
- Services
- Links
- Contact Us

Click the Thumbnail (pictures) below to see a larger image

   

9 8 7 4

Under Water Treadmill

Send mail to john@themummes.com with questions or comments about this web site.
Last modified: 06/18/08

http://www.honeybearskennels.com/our_facility.htm



014

8/7/2008



## Our Facility

Honey Bear's Country Kennels cares for you and your pet's well being

**Honey Bear**

- Home
- Our Facility
- Services
- Links
- Contact Us

Click the Thumbnail (pictures) below to see a larger image

◄      ▷

9874

015



Under Water Treadmill

Send mail to john@themummes.com with questions or comments about this web site.
Last modified: 06/18/08

016